THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD OTTO HANSEN, | ) | 4:06CV3211 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOHN DOE, individually, and in his official capacity as an Officer of the Nebraska State Patrol, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. Plaintiff's motion (filing 34) to extend time to respond to the defendant's motion (filing 29) to dismiss is granted;

2. Plaintiff's response to the defendant's motion to dismiss shall be filed on or before August 20, 2007;

3. The Clerk of Court shall adjust the court's internal computerized record-keeping system to reflect that the "response due" date on Filing 29 is August 20, 2007.

July 19, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge